IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 02-2672 |
| | : | |
| $30,255 IN UNITED STATES CURRENCY | : | |
| Defendant | : | |

## JUDGMENT BY DEFAULT AND DECREE OF FORFEITURE

AND NOW, this         day of              , 2003, upon consideration of the Government's Motion For Default Decree of Condemnation and Forfeiture and the record in this matter, and there appearing good cause therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Government's Motion is hereby Granted.

2. Judgment by default is hereby entered in favor of the United States of America and against all other persons.

3. Defendant property, identified herein as property that constitutes money furnished or intended to be furnished in exchange for a controlled substance in violation of Title 21 of the Controlled Substance Act and is therefore subject to seizure under the provisions of 21 U.S.C. § 881 and forfeiture under the provisions of 21 U.S.C. § 881 (a)(6).

4. All right, title and interest of all parties, their successors and assignees in defendant property, and any right, title and ownership to the defendant property of any other person is extinguished and clear title to the property is vested in the United States of America.

5. The United States Marshal Service shall dispose of defendant property according to law.

BY THE COURT:

_____
JAN E. DuBOIS
*Judge, United States District Court*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| Plaintiff : | |
| : | |
| v. : | CIVIL ACTION NO. 02-2672 |
| : | |
| $30,255 IN UNITED STATES CURRENCY: | |
| Defendant : | |

### MOTION FOR DEFAULT DECREE OF CONDEMNATION AND FORFEITURE BEFORE THE COURT PURSUANT TO RULE 55(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Plaintiff respectfully moves this Court to enter a Default Decree of Condemnation and Forfeiture in favor of the United States of America and against the defendant currency identified as that which constitutes money furnished or intended to be furnished in exchange for a controlled substance in violation of Title 21 of the Controlled Substance Act, and for failure of any person to answer or otherwise defend as to the Complaint for Forfeiture; a true and accurate copy of the docket entries indicating Default as stated herein are attached hereto as Exhibit "A".

Respectfully submitted

PATRICK L. MEEHAN
United States Attorney

M. TAYLOR ASPINWALL
Assistant United States Attorney

Dated: 4/1/03

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| Plaintiff : | |
| : | |
| v. : | CIVIL ACTION NO. 02-2672 |
| : | |
| $30,255 IN UNITED STATES CURRENCY: | |
| Defendant : | |

MEMORANDUM IN SUPPORT OF MOTION FOR DEFAULT
DECREE OF CONDEMNATION AND FORFEITURE

Plaintiff's Complaint was filed with the Court on May 3, 2002. Pursuant to the Warrants For Arrest in Rem served upon the defendant property and notice to the owners thereof and any other persons with an interest therein, all persons claiming an interest in the said property, were ordered to file a claim within thirty (30) days of publication of notice and an answer within twenty (20) days of the filing of the claim. No claim, appearance or answer of any kind had been forthcoming from anyone with respect to the defendant property. Therefore, plaintiff has requested, and the Clerk of Court has entered default by Affidavit pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, as appears from the docket entries, a true and correct copy of which is attached hereto as Exhibit "A".

WHEREFORE, plaintiff respectfully requests that a default decree of condemnation and forfeiture be entered by the Court.

Respectfully submitted,

PATRICK L. MEEHAN
United States Attorney

M. TAYLOR ASPINWALL
Assistant United States Attorney

2

United States District Court
Eastern District of Pennsylvania (Philadelphia)
**CIVIL DOCKET FOR CASE #: 2:02-cv-02672-JED**

UNITED STATES OF AMERICA v. $30,255.00 IN
UNITED STATES CURRENCY
Assigned to: HONORABLE JAN E. DUBOIS
Referred to:
Demand: $
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 21:881 Forfeiture Property - Real Estate

Date Filed: 05/03/02
Jury Demand: None
Nature of Suit: 690 Forfeit/Penalty: Other
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**
------------------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | represented by | J. ALVIN STOUT, III<br>U.S. ATTY'S OFFICE<br>615 CHESTNUT ST<br>STE 1250<br>PHILADELPHIA, PA 19106-4476<br>215-861-8442<br>Fax : 215-861-8618<br>*LEAD ATTORNEY* |
| | | M. TAYLOR ASPINWALL<br>U.S. ATTY'S OFFICE<br>615 CHESTNUT ST<br>STE 1250<br>PHILADELPHIA, PA 19106-4476<br>215-861-8442<br>Fax : 215-861-8618<br>*LEAD ATTORNEY* |

V.

**Defendant**
------------------------

$30,255.00 IN UNITED STATES
CURRENCY

GOVERNMENT
EXHIBIT
A
Plaintiff

| Filing Date | # | Docket Text |
|---|---|---|
| 05/03/2002 | 1 | COMPLAINT for Forfeiture.(ti, ) (Entered: 05/06/2002) |
| 05/03/2002 |   | WARRANT for Arrest in action in Rem. (ti, ) (Entered: 05/06/2002) |
| 05/07/2002 | 2 | US Marshal Return Re: Warrant for Arrest & Complaint for Forfeiture Served upon Roseanne Gibson on 5/3/02. (fh) (Entered: 05/07/2002) |
| 01/15/2003 | 3 | ORDER THAT THE GOVERNMENT SHALL REPORT TO THE COURT IN WRITING (LETTER TO CHAMBERS, ROOM 12613) ON OR BEFORE 3/17/03, WITH RESPECT TO (A) SERVICE OF NOTICE OF CIVIL FORFEITURE ON POTENTIAL CLAIMANTS AND (B) FURTHER PROCEEDINGS. SIGNED BY JUDGE JAN E. DUBOIS ON 1/15/03. 1/15/03 ENTERED AND COPIES FAXED BY CHAMBERS.(cdd, ) (Entered: 01/15/2003) |
| 03/27/2003 | 4 | Request for Default by UNITED STATES OF AMERICA against $30,255.00 IN UNITED STATES CURRENCY, Affidavit in Support. (cdd, ) (Entered: 03/28/2003) |
| 03/27/2003 | 5 | AFFIDAVIT of Service that U.S. Marshals served legal notice of this pending lawsuit to all potential claimants by publication in the Philadelphia Daily News on 5/15/02, 5/22/02, and 5/29/02. (cdd, ) (Entered: 03/28/2003) |
| 03/27/2003 |   | Default Entered. (cdd, ) (Entered: 03/28/2003) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 04/01/2003 12:14:48 | | |
| PACER Login: | us5102 | Client Code: |
| Description: | Docket Report | Case Number: | 2:02-cv-02672-JED |
| Billable Pages: | 1 | Cost: | 0.07 |